IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**QUINTON L. FORNEY**  **PLAINTIFF**
**#64774**

v.    Case No. 4:22-CV-01203-LPR

**McFADDEN, Sheriff Officer, Pulaski**
**County Detention Facility, et al.**    **DEFENDANTS**

## ORDER

On November 28, 2022, Plaintiff Quinton Forney, an inmate at the Pulaski County Detention Facility, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983.[1] On December 2, 2022, the Court ordered Mr. Forney to, within 30 days, either (1) return a completed *in forma pauperis* application, including an accompanying affidavit and jail account information sheet, or (2) pay the $402.00 filing and administrative fees.[2] The Court warned Mr. Forney that failure to comply with the Order may result in the dismissal of his Complaint.[3] Mr. Forney has not complied with the December 2, 2022 Order.[4] The time for doing so has expired.

Mr. Forney's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure.[5] The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

---

[1] Compl. (Doc. 1) at 1, 6.

[2] Order (Doc. 2).  The December 2, 2022 Order was entered by United States Magistrate Judge Patricia S. Harris.  *Id.*

[3] *Id.*

[4] Mr. Forney filed a calculation sheet and certificate of prisoner account on December 28, 2022, but did not submit a complete application to proceed *in forma pauperis*.  *See* Notice (Doc. 3).

[5] *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (district courts have power to dismiss *sua sponte* under Rule 41(b)).

IT IS SO ORDERED this 2nd day of March 2023.

                                                                _____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE