# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**QUINTON L. FORNEY**                                                                       **PLAINTIFF**
**#64774**

**v.**                          **Case No. 4:22-CV-01203-LPR**

**McFADDEN, Sheriff Officer, Pulaski**
**County Detention Facility, et al.**                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 2nd day of March 2023.

                                                                                                                        LEE P. RUDOFSKY
                                                 UNITED STATES DISTRICT JUDGE